OFFICE OF DISCIPLINARY COUNSEL *v.* SCURO.

[Cite as Disciplinary Counsel *v.* Scuro (1988), 36 Ohio St. 3d 205.]

(D.D. No. 87-24—Decided May 4, 1988.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* This court adopts the factual findings of the board. We conclude, however, that the findings support a more severe sanction than recommended. Accordingly, respondent is hereby suspended from the practice of law in Ohio for six months for having violated DR 3-101(B). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and WRIGHT, JJ., concur.

H. BROWN, J., dissents.

H. BROWN, J., dissenting. Since the respondent was once disciplined in Texas for the conduct which is before us, I believe the sanction we should impose is a public reprimand as recommended by the Board of Commissioners on Grievances and Discipline of the Bar.